**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **YOLANDA JOVEL and JOSE MEJIA,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.: 3:15-cv-04079** |
| | § | |
| **SAFECO INSURANCE,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Yolanda Jovel and Jose Mejia and Defendant Safeco Insurance Company of Indiana, (collectively, the "Parties") file this *Joint Motion to Dismiss with Prejudice* and respectfully show the Court as follows:

All matters between the Parties have been fully settled.  Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted in this matter, be dismissed in its entirety with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Yolanda Jovel and Jose Mejia and Defendant Safeco Insurance Company of Indiana, respectfully request that the above-styled and numbered case be dismissed in its entirety with prejudice to the re-filing of same with costs of Court to be taxed against the party incurring same.

Respectfully Submitted,


/s/ Scott G. Hunziker
SCOTT G. HUNZIKER
State Bar No. 24032446
THE VOSS LAW CENTER
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone:  (713) 861-0015
Facsimile:  (713) 861-0021
scott@vosslawfirm.com
    tyler@vosslawfirm.com

**ATTORNEYS FOR PLAINTIFFS
YOLANDA JOVEL and JOSE MEJIA**



/s/ Jackson P. Mabry
MARK TILLMAN
State Bar No. 00794742
COLIN R. BATCHELOR
State Bar No. 24043545
JACKSON P. MABRY
State Bar No. 24078894

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail:  mark.tillman@tb-llp.com
E-mail:  colin.batchelor@tb-llp.com
E-mail:  jackson.mabry@tb-llp.com

**ATTORNEYS FOR DEFENDANT
SAFECO INSURANCE COMPANY OF
INDIANA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded to Plaintiffs' counsel of record via electronic means and/or facsimile, on the 21st day of November, 2016, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE:

SCOTTT G. HUNZIKER
TAYLOR ELLIOTT
THE VOSS LAW CENTER
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone:  (713) 861-0015
Facsimile:   (713) 861-0021
scott@vosslawfirm.com
tyler@vosslawfirm.com

**ATTORNEYS FOR PLAINTIFFS
YOLANDA JOVEL and JOSE MEJIA**

*/s/ Jackson Mabry*
JACKSON MABRY